# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134981

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LATAUSHA SIMMONS,
        Plaintiff,

v                                                   SC: 134981
                                                    AGC: 2095/04
ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



s1217

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008                    _____
                                                    Clerk